### EARLE v. GILLIES.

(Supreme Court, Appellate Term. February 28, 1905.)

LANDLORD AND TENANT—LEASE—SURRENDER—AUTHORITY OF AGENT.

The surrender of a lease, on which plaintiff's action was based, to plaintiff's agent, was no defense in the absence of evidence that the agent had authority to accept the surrender or release defendant.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Lillie J. Earle against W. Wright Gillies. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Reversed.

Argued before SCOTT, GIEGERICH, and McCALL, JJ.

Louis W. Stotesbury, for appellant.

Abraham Goldfarb, for respondent.

PER CURIAM. The judgment in favor of the defendant appears to have been rendered upon the theory that there had been a surrender and acceptance of the demised premises. No authority was shown, however, in the agent with whom the defendant had the negotiations, either to accept the surrender or to release the defendant. Such authority was necessary. Baylis v. Prentice, 75 N. Y. 604.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.